DARRYL J. HOROWITT #100898
PHILIP J. NORGAARD #80477
BONNIE J. ANDERSON #192210
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Use-Plaintiff,
FELIX HARO CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FELIX HARO CONSTRUCTION, INC.,<br><br>    Use-Plaintiff,<br><br>  v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; UPA GROUP, INC., dba UPA CALIFORNIA; WATTS CONSTRUCTORS, formerly known as MILLER/WATTS CONSTRUCTORS, INC.; and RWC, INC., a California corporation,<br><br>    Defendants. | Case No. 1:07-CV-01396-LJO-GSA<br><br>**STIPULATION TO STAY LITIGATION PENDING ARBITRATION AND ORDER THEREON** |

This stipulation is entered into by and between Plaintiff, UNITED STATES OF AMERICA for the use and benefit of FELIX HARO CONSTRUCTION, INC. (hereinafter "Plaintiff"), and Defendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY (hereinafter "ST. PAUL"); UPA GROUP, INC., dba UPA CALIFORNIA (hereinafter "UPA"); WATTS CONSTRUCTORS, formerly known as MILLER/WATTS CONSTRUCTORS, INC. (hereinafter "WATTS") and RWC, INC., a California corporation (hereinafter "RWC") (collectively "Defendants") , by and through their respective attorneys of record, on the following recitals, terms, and conditions:

1

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

A. On or about September 21, 2007, Plaintiff filed its complaint in the above-captioned matter.

B. Plaintiff has been informed that the agreement between Plaintiff and UPA provides for arbitration before the American Arbitration Association and, further, that if there is an ongoing arbitration between any party to the prime contract (i.e., UPA, WATTS, and the National Park Service), Plaintiff can be compelled to join in the pending arbitration.

C. Plaintiff has been informed that there is an ongoing arbitration between UPA and WATTS before the American Arbitration Association. The parties to this stipulation therefore wish to stay the above-captioned matter in order to pursue arbitration of their respective disputes.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

1. Paragraphs A through C, inclusive, of the Recitals hereof are fully incorporated herein. These Recitals are intended and shall be deemed and construed to be a material and integral portion of this stipulation.

2. The above-captioned action between Plaintiff and Defendants UPA, WATTS and SURETY shall be stayed pending arbitration of the underlying dispute between same before the American Arbitration Association.

3. This stipulation will not affect the rights of Plaintiff to proceed with litigation against RWC unless RWC agrees to participate in the pending arbitration.

4. This stipulation will not affect the rights of any party to obtain provisional relief which may be available to the parties under the Federal Arbitration Act and/or California Arbitration Code (as applicable).

5. This stipulation may be executed in counterparts.

6. A fax signature shall be as valid as an original for purposes of this stipulation and may be accepted by the Court as an original.

*USA for the Use and Benefit of Felix Haro Construction, Inc.  v. St. Paul Fire, et al*
Case No. 1:07-CV-01396-LJO-GSA

Dated: December 20, 2007      COLEMAN & HOROWITT, LLP

                              /s/ Bonnie J. Anderson for
                              By:_____
                              DARRYL J. HOROWITT
                              Attorneys for Use-Plaintiff,
                              FELIX HARO CONSTRUCTION, INC.

Dated: December 4, 2007       MURPHY AUSTIN ADAMS SCHOENFELD, LLP

                              /s/ Lisa D. Nicolls
                              By:_____
                              LISA D. NICOLLS
                              Attorneys for Defendant,
                              UPA GROUP, INC.

Dated: December 18, 2007      McNEIL, SILVEIRA, RICE, WILEY & WEST

                              /s/ Mark J. Rice
                              By:_____
                              MARK J. RICE
                              Attorneys for Defendants,
                              WATTS CONSTRUCTORS
                              and ST. PAUL FIRE AND MARINE
                              INSURANCE COMPANY

**ORDER**

The parties having so stipulated and good cause appearing therefor, the request is granted.  However, the stay is not indefinite.   A status report must be filed at least one week before the hearing to give an update about the arbitration.  That status hearing will take place on Wednesday, February 27, 2008 at 8:30 a.m.   Counsel may appear by conference call.

     IT IS SO ORDERED.

**Dated:    December       , 2007**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE