# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of FELIX HARO CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, UPA GROUP, INC., WATTS CONSTRUCTORS, and RWC, INC., <br><br> Defendants. _____/ | CASE NO. CV F 07-1396 LJO GSA <br><br> **ORDER AFTER SETTLEMENT AND TO REQUIRE FURTHER ACTION** |

On September 21, 2007, plaintiff Felix Haro Construction, Inc. ("Haro") initiated this action against St. Paul Fire and Marine Insurance Company ("St. Paul"), UPA Group, Inc. ("UPA"), Watts Constructors, ("Watts"), and RWC, Inc. ("RWC"). This Court stayed this action pending arbitration on December 26, 2007. The clerk of this Court entered default against RWC on February 22, 2008. A mediation was held between Haro and Watts, with settlement agreed to be completed no later than March 13, 2009. UPA filed Chapter 11 bankruptcy and Haro has filed a claim in the bankruptcy court related to this claim in this action. Accordingly, the Court:

1. VACATES the March 5, 2009 status conference;
2. ORDERS Haro, **no later than March 18, 2009**, to file:
    A. Dispositive papers as to defendants St. Paul, Watts, and UPA; and
    B. Either a motion for default judgment or a dispositive papers as to defendant RWC.

IT IS SO ORDERED.

**Dated:   February 26, 2009              /s/ Lawrence J. O'Neill**

1

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28