*USA for the Use and Benefit of Felix Haro Construction, Inc.*
*v. St. Paul Fire, et al.*
Case No. 1:07-CV-01396-LJO-GSA

DARRYL J. HOROWITT #100898
BONNIE J. ANDERSON #192210
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Use-Plaintiff,
FELIX HARO CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FELIX HARO CONSTRUCTION, INC., <br><br> Use-Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY; UPA GROUP, INC., dba UPA CALIFORNIA; WATTS CONSTRUCTORS, formerly known as MILLER/WATTS CONSTRUCTORS, INC.; and RWC, INC., a California corporation, <br><br> Defendants. | Case No. 1:07-CV-01396-LJO-GSA <br><br> **ORDER** |

Based on the above application, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file its Application for Default Court Judgment of March 18, 2009, shall be continued until March 24, 2009.

Dated:  3/19/2009                             /s/ LAWRENCE J O'NEILL
                                              HON. LAWRENCE J. O'NEILL
                                              UNITED STATES DISTRICT JUDGE