DARRYL J. HOROWITT #100898
PHILIP J. NORGAARD #80477
BONNIE J. ANDERSON #192210
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Use-Plaintiff,
FELIX HARO CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FELIX HARO CONSTRUCTION, INC., <br><br> Use-Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY; UPA GROUP, INC., dba UPA CALIFORNIA; WATTS CONSTRUCTORS, formerly known as MILLER/WATTS CONSTRUCTORS, INC.; and RWC, INC., a California corporation, <br><br> Defendants. | Case No. 1:07-CV-01396-LJO-GSA <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

This stipulation is entered into by and between Plaintiff, UNITED STATES OF AMERICA for the use and benefit of FELIX HARO CONSTRUCTION, INC. (hereinafter "Plaintiff"), on the one hand, and Defendants, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and WATTS CONSTRUCTORS, formerly known as MILLER/WATTS CONSTRUCTORS, INC. (collectively "Defendants"), by and through their respective attorneys of record, on the following recitals, terms, and conditions:

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

1

K:\LJO\To_Be_Signed\07cv1396.dismissal.glg.wpd
3/18/09 ~ 1:46 pm

1:07-CV-01396-LJO-GSA
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

*USA for the Use and Benefit of Felix Haro Construction, Inc.
v. St. Paul Fire, et al.*
Case No. 1:07-CV-01396-LJO-GSA

    A.    On or about September 21, 2007, Plaintiff filed its complaint in the above-captioned matter.

    B.    Plaintiff has settled its dispute with Defendants and all terms of the settlement have been complied with. The parties thus wish to dismiss this action.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

    1.    Paragraphs A and B of the Recitals hereof are fully incorporated herein. These Recitals are intended and shall be deemed and construed to be a material and integral portion of this stipulation.

    2.    The complaint shall be dismissed with prejudice as to Defendants (St. Paul and Watts).

    3.    This stipulation may be executed in counterparts.

    4.    A fax and/or electronic signature shall be as valid as an original for purposes of this stipulation and may be accepted by the Court as an original.

Dated: March 17, 2009                  COLEMAN & HOROWITT, LLP

                                              /s/ Darryl J. Horowitt
By:_____
                                        DARRYL J. HOROWITT
Attorneys for Use-Plaintiff,
FELIX HARO CONSTRUCTION, INC.

Dated: March 17, 2009                  McNEIL, SILVEIRA, RICE, WILEY & WEST

                                              /s/ Mark J. Rice
By:_____
                                        MARK J. RICE
Attorneys for Defendants,
WATTS CONSTRUCTORS
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

*USA for the Use and Benefit of Felix Haro Construction, Inc.*
*v. St. Paul Fire, et al.*
Case No. 1:07-CV-01396-LJO-GSA

## **ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS SO ORDERED.

**Dated:   March _____, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE