IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, etc., | CASE NO. CV F 07-1396 LJO SMS |
| Plaintiff,<br>vs. | **ORDER TO DISMISS DEFENDANT**<br>(Doc. 27.) |
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY, et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant UPA Group, Inc. only.

IT IS SO ORDERED.

**Dated:   May 7, 2009**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1