# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of FELIX HARO CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, UPA GROUP, INC., WATTS CONSTRUCTORS, and RWC, INC., <br><br> Defendants. / | CASE NO. CV F 07-1396 LJO SMS <br><br> **ORDER TO DISMISS AND CLOSE CASE** |

On July 1, 2009, plaintiff Felix Haro Construction, Inc. filed a notice of voluntary dismissal of the sole remaining defendant, RWC, Inc., in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   July 2, 2009**                         /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE